**Sotero ALVARADO; et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–73685.

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Feb. 20, 2006.*

Filed Feb. 26, 2007.

Sotero Alvarado, Los Angeles, CA, pro se.

Vianey Alvarado, Los Angeles, CA, for Petitioner.

CAC—District Counsel, Esq., Office of the District Counsel Department of Homeland Security, San Francisco, CA, Richard M. Evans, Esq., Paul Fiorino, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Sotero Alvarado and Vianey Alvarado, natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' ("BIA") denial of their motion to reopen. We deny the petition for review.

The Alvarados contend the BIA erred in denying their motion to reopen based on their continuous physical presence in the United States. Petitioners, however, have not demonstrated that the BIA abused its discretion in denying their motion to reopen. *See Fernandez v. Gonzales,* 439 F.3d 592, 596–600 (9th Cir.2006).

**PETITION FOR REVIEW DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.